In the Matter of the Accounting of FREDERICK H. STEVENS et al., as Trustees under the Will of JULIA A. BROOKS, Deceased, Respondents.

CLARE A. PICKARD, as Special Guardian of JESSE B. NICHOLS, Appellant.

*Matter of Stevens*, 114 App. Div. 607, affirmed.
(Argued April 3, 1907; decided April 23, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1906, which reversed that portion of a decree of the Chautauqua County Surrogate's Court granting an allowance to the special guardian of Jesse B. Nichols in the above-entitled proceeding.

*Frank W. Stevens, Benjamin S. Dean* and *Clare A. Pickard* for appellant.

*George A. Lewis* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.